IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD RODRIGUEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**REYNOLDS,**<br><br>Defendant. | 2:24-cv-02388 JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR WAIVER OF APPEARANCE AT SETTLEMENT CONFERENCE** |

Plaintiff Richard Anthony Rodriguez (Plaintiff), a California incarcerated person proceeding *pro se*, brings this civil rights action against Defendant A. Reynolds (Defendant). (ECF No. 1 at 2). Magistrate Judge Chi Soo Kim has set a Settlement Conference for April 4, 2025 at 10:00 A.M. via Zoom videoconference. (ECF No. 17). Pursuant to the Court's January 29, 2025 Minute Order (*Id.*) and Civil Standing Orders § III(B), and in anticipation of the Settlement Conference, Defendant moved for a waiver of Defendant's personal appearance at the Settlement Conference.

/ / /

/ / /

/ / /

1

1  Good cause appearing, the Court **GRANTS** Defendant's motion and **EXCUSES** Defendant
2  Reynolds from personally attending the April 4, 2025 Settlement Conference.

4  **IT IS SO ORDERED**.

Dated:  March 31, 2025

_____
The Honorable Chi Soo Kim
United States Magistrate Judge

SA2024305077
38908336.docx