IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD RODRIGUEZ,** | 2:24-cv-02388 JDP (P) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **REYNOLDS,** | |
| Defendant. | |

The Attorney General's Office requests an extension of time of the deadline for Defendant to file a responsive pleading. Good cause appearing, the request for extension of time to file a responsive pleading is GRANTED. Defendant shall have until June 9, 2025 to file a responsive pleading.

IT IS SO ORDERED.

Dated:  May 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1