UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY RODRIGUEZ,

Plaintiff,

v.

REYNOLDS,

Defendant.

Case No. 2:24-cv-2388-JDP (P)

ORDER

On June 6, 2026, the parties filed a joint stipulation for voluntary dismissal, representing that they had resolved the case in its entirety. ECF No. 27 at 2. On August 28, 2026, plaintiff filed a motion to enforce the settlement, ECF No. 29, wherein he argues that he has not received the funds he was promised in return for resolving this case. I note that, typically, a transfer of funds is done within 180 days. That time has not yet elapsed and, accordingly, plaintiff's motion is premature. If, when that amount of time has passed, plaintiff still has not received the compensation he was promised, he may renew his motion.

It is, therefore, ORDERED that plaintiff's motion to enforce settlement, ECF No. 29, is DENIED as premature.

IT IS SO ORDERED.

Dated: September 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE